IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BRUCE MCCOY,                          §
                                      §
    *Plaintiff,*                       §
                                      §         CIVIL ACTION NO. 4:21-CV-979
v.                                    §
                                      §              **Jury Demand**
GENERAL MOTORS LLC and                §
ED MORSE AUTOMOTIVE LLC,              §
                                      §
    *Defendants.*                     §

## INDEX OF STATE COURT DOCUMENTS

| DOCUMENT | DATE |
|---|---|
| 1. Plaintiff's Original Petition with Attached Requests for Disclosure to Defendant | May 5, 2021 |
| 2. Citation to GM LLC | May 5, 2021 |
| 3. Citation to Ed Morse Automotive LLC | May 5, 2021 |
| 4. Return of Citation for Ed Morse Automotive LLC | June 2, 2021 |
| 5. Return of Citation for GM LLC | June 9, 2021 |
| 6. GM LLC's Objections, Special Exceptions, and Original Answer | June 18, 2021 |
| 7. Ed Morse Automotive LLC's Original Answer | June 21, 2021 |
| 8. Plaintiff's First Amended Petition with Attached Requests for Disclosure to Defendant | July 20, 2021 |
| 9. Motion for Withdrawal and Substitution of Counsel | July 21, 2021 |
| 10. Proposed Order Granting Motion for Withdrawal and Substitution of Counsel | July 21, 2021 |
| 11. Executed Order Granting Motion for Withdrawal and Substitution of Counsel | July 22, 2021 |

12. Court Docket Sheet

096-325062-21

May 4, 2021

ATTN: Clerk of Court                              **Via E-FILE**
Tarrant County Civil Courthouse
Tom Vandergriff Civil Courts Building, 100 Calhoun St,
Fort Worth, Texas 76196

RE:                    *Cause No.: Original Petition*
           *Bruce McCoy v.  General Motors LLC., and Ed Morse Automotive*
*LLC.  Original Petition*

Dear Court Clerk:

Enclosed is a copy of the plaintiff's original petition.

Please issue the citations to constable for service and return a
file marked copy via email of the original petition,

Please provide me copies of the citation that will be issued to
the constable for my records.

Should you have any questions please do not hesitate to contact
me. Thank you for your attention to this matter.

Sincerely,

Respectfully,

Attorney Arnesia B. Davis
The Law Office of Arnesia B. Davis
P.O. Box 1493
DeSoto, Texas 75115
Tel: 833.273.8478 Ext. 1
Facsimile: 833.273.8478
Email: a.davis@areuhrt.com

FILED
TARRANT COUNTY
5/5/2021 9:41 AM
THOMAS A. WILDER
DISTRICT CLERK

Cause No. _____ 096-325062-21

| | | |
|---|---|---|
| BRUCE MCCOY, | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| vs. | § | TARRANT COUNTY, |
| | § | TEXAS |
| | § | |
| GENERAL MOTORS LLC., and | § | _____ JUDICIAL DISTRICT |
| ED MORSE AUTOMOTIVE LLC. | § | |
| Defendants | § | |

---

## PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRUCE MCCOY, hereinafter called Plaintiff, complaining of and about

GENERAL MOTORS and ED MORSE AUTOMOTIVE LLC., hereinafter called Defendants,

and for cause of action shows unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery be conducted under Discovery Level 2. Plaintiff intends

that discovery be conducted under Discovery Level 2 as dictated by Rule 190.3 Texas Rules of

Civil Procedure.

### II.
### PARTIES SERVICE

Plaintiff BRUCE MCCOY is an individual residing in Dallas, County.

Original Petition                                                                                          1

Defendants are GENERAL MOTORS LLC., may be served through their registered agent of service CT Corporation at 211 E. 7th Street, Suit 620 Austin, Texas 78701-4234 USA. ED MORSE AUTOMOTIVE LLC., may be served through their registered agent of service CT Corporation at 1999 Bryan St. STE 900 Dallas, Texas 75201-3140 USA.

## III.
## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court. Venue in Tarrant County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all the events giving rise to this claim occurred in Tarrant County.

## IV.
## FACTS

At approximately 3:47 a.m. on May 5, 2019, BRUCE MCCOY was driving Southbound in the 7500 Block of S HWY 360 in the #2 lane when the vehicle's ECM and the Transmissions Accumulator Bolts malfunctioned, causing him to suddenly lose control of his vehicle and collide with the guard rail on the East side of the highway. The impact was so severe that it caused the Plaintiff to blackout from the severe collision into the guardrail.

## V.
## PROPERTY DAMAGE

The property damage to the vehicle the Plaintiff was driving was so extensive that it had to be towed from the scene.

## VI.
## LIABILITY OF GENERAL MOTORS LLC., AND ED MORSE AUTOMOTIVE LLC.

GENERAL MOTORS LLC., and ED MORSE AUTOMOTIVE LLC., are liable to the Plaintiff due to the fact that they placed a defective vehicle in the chain of commerce. GENERAL MOTORS LLC., and ED MORSE AUTOMOTIVE LLC., caused this catastrophic incident due to the following acts:

    a.   Intentionally placing a defective vehicle into the chain of commerce;

    b.   Failing to properly notify the plaintiff of defective vehicle;

    c.   Failing to timely issue a recall when, they had knowledge of such defect.

## VII.
## DAMAGES

As a result of the malfunction, Plaintiff has suffered injury including the following:

    a.   Lost Wages, including lost benefits;

    b.   Physical Pain in the past;

    c.   Physical Pain in the future;

    d.   Mental Anguish in the past;

    e.   Mental Anguish in the future;

    f.   Physical Impairment in the past and future;

    g.   Disfigurement;

    h.   Medical Expense in the Past;

    i.   Medical Expense in the Future;

    j.   Prejudgment Interest;

    k.   Post judgment Interest;

1.   Costs of Court.

## VIII.
## JURY DEMAND

Plaintiff herein demands a trial by jury.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final

hearing hereof, Plaintiff have:

1.   Judgment against Defendants for the actual and special damages suffered
     by Plaintiff as a result of Defendants' conduct, in an amount in excess of
     the minimum jurisdictional limits of the Court;

2.   Cost of Suit;

3.   Prejudgment and Post Judgment interest as provided by law;

4.   Such other further relief to which Plaintiff may show
     himself justly entitled.

## REQUEST FOR DISCLOSURE

TO DEFENDANTS: GENERAL MOTORS LLC., and ED MORSE AUTOMOTIVE
LLC.: Pursuant to Rule 194, you are requested to disclose, within 50 days of service of this
request, the information or materials described in Rule 194.2.

SIGNED on May 4, 2021

Respectfully submitted,

/s/ Arnesia B. Davis
Arnesia B. Davis
State Bar No. 24096363
a.davis@areuhrt.com

ARNESIA B. DAVIS, PLLC.
P.O. Box 1493
DeSoto, Texas 75115
Telephone (833) 273-8478
Facsimile (833) 273-8478

ATTORNEY FOR PLAINTIFF

THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 096-325062-21*

BRUCE MCCOY

VS.

GENERAL MOTORS LLC., ET AL

TO: GENERAL MOTORS LLC

B/S REG AGENT-CT CORPORATION 211 E 7TH ST STE 620 AUSTIN, TX 78701-4234

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION WITH
ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 96th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

BRUCE MCCOY

Filed in said Court on May 5th, 2021 Against
GENERAL MOTORS LLC, ED MORSE AUTOMOTIVE LLC

For suit, said suit being numbered 096-325062-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT  a copy of which accompanies this
citation.

ARNESIA B DAVIS
Attorney for BRUCE MCCOY Phone No. (833)273-8478
Address       PO BOX 1493 DESOTO, TX 75115

Thomas A. Wilder          , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 6th day of May, 2021.

By _____ Deputy
NATALIE THIGPEN

NOTICE: You haw been smd. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citmion by 10:00 AM. on the Monday next following the expiration of
twenry days alter you were served this citathon and pedduo, a default judgment may be taken against you. In addidon m filing a written answer with the clerk, yoa may h requinid to make inidal disclosurts
to the other panics of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find at mom at TexasLawIlelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *09632506221000004*

Received this Citation on the _____ day of _____ ____ at ____ o'clock _M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock _M
on the _____ day of _____ by delivering to the within named (Def.):
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION WITH
ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff:
County of _____ State of _____ By _____ Deputy
Fees $
State of _____ County of _____           (Must be verified if served outside the State of Texas)
Signed and sworn to by the said                           before me this _____ day of
to certify which witness my hand and seal of office
(Seal)
County of _____ State of _____

# CITATION

Cause No. 096-325062-21

BRUCE MCCOY

VS.

GENERAL MOTORS LLC., ET AL

ISSUED

This 6th day of May, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By            NATALIE THIGPEN Deputy

ARNESIA B DAVIS
Attorney for: BRUCE MCCOY
Phone No. (833)273-8478
ADDRESS: PO BOX 1493

DESOTO, TX 75115

*CIVIL LAW*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

9632506221000004

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION

Cause No. 096-325062-21

BRUCE MCCOY

VS.

GENERAL MOTORS LLC., ET AL

TO: ED MORSE AUTOMOTIVE LLC

B/S REG AGENT-CT CORPORATION 1999 BRYAN ST STE 900 DALLAS, TX 75201-3140

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 96th District Court ,100 N CALHOUN,  in and for Tarrant County, Texas,  at  the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

BRUCE MCCOY

Filed in said Court on May 5th,  2021 Against
GENERAL MOTORS LLC, ED MORSE AUTOMOTIVE LLC

For suit,  said suit being numbered 096-325062-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO  ꝺEFENDANT    a copy of which accompanies this citation.

ARNESIA B DAVIS
Attorney for BRUCE MCCOY Phone No. (833)273-8478
Address        PO BOX 1493 DESOTO, TX 75115
Thomas A. Wilder            ,  Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth,  this the 6th day of May,  2021.

By _____ , Deputy

NATALIE TIGPEN

NOTICE: You haw been sued. You may employ an attorney. If you or your money do not Me a written answer with :he clerk who issued this citation by I0:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be ukea against you. In addition b filing a written answer m the clerk, you may be rewired m make initial discloories to the other parties of this suit These &closures generally must be made no later than 30 days alter you file your answer with the clerk. Find out more at TelasLawHelp.org.:

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN *09632506221000005*

Received this Citation on the            day of                        at          o'clock         M;  and executed at
                         within the county of                   , State of            at             o'clock      M
on the          day of                        by delivering to the within named (ꝺeE.):
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff:
County of _____  State of _____  By                              Deputy
Fees $
State of                County of                             (Must be verified if served outside the State of Texas)
Signed and sworn to by the said                      before me this        day of
to certify which witness my hand and seal of office
(Seal)
                                    _____
                    County of _____ , State of

CITATION

Cause No. 096-325062-21

BRUCE MCCOY

VS.

GENERAL MOTORS LLC., ET AL

ISSUED

This 6th day of May, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          NATALIE THIGPEN Deputy

ARNESIA B DAVIS
Attorney for: BRUCE MCCOY
Phone No. (833)273-8478
ADDRESS: PO BOX 1493

DESOTO, TX 75115

*CIVIL LAW*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

0963250622100005

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

**KD 0**

*CITATION*

*Cause No. 096-325062-21*

025400

*Receipt-t ALL⁴ 7ᴰ*
**Lakil** tim7   BRUCE MCCOY
**Cht** ᵏᵉ                                **vs.**

GENERAL MOTORS LLC., ET AL

**01-**

TO: ED MORSE AUTOMOTIVE LLC

B/S REG AGENT-CT CORPORATION 1999 BRYAN ST STE 900

You said DEFENDANTS are hereby cortenznded to appear by filing a written answer to the PLAINTIFP'S ORIGINAL PETIT t WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 96th District Court ,100 N CALHOUN, In and for Tarrant County, *Texas*, at the Courthouse in the City of Port Worth. Tarrant County. Texas said PLAINTIFF being

BRUCE MCCOY

Filed in said Court on May 5th. 2021 Against
**GENERAL MOTORS** LLC, **ED NORSE AUTOMOTIVE** LLC

For suit, said suit being numbered 096-325062-21 the nature of which demand is as shown on said PLAINTIFF'S **ORIGINAL** PETITION WITH ATTACHED REQUESTS **FOR DISCLOSURE TO DEFENDANT** a copy of which accompanies tlipt citation,

ARNESIA B DAVIS
Attorney for BRUCE MCCOY Phone No. (833)273-8478
Address     PO BOX 1493 DESOTO, TX 75115

Thomas A. wilder          , Clerk of the District Court of Tarrant County, Texas. Given under my **hand** and the seal of said Court, at office in the City of Fort Worth, this the 6th day of May, 2021.

By                    **sieg- gatric..**
**NATALIE THIGPEN**

**NOTICE:** Yee Abe Sea std. Vac our employs woozy. If rearms wooer do DOI Ale * wean mow wit de cleat who Surd Oh duns by 10:03 AM. oo de Moe* itat *joiaing the* erpinlie of omen def. Oa /IR wit ica'S this ᵈˡᵘᵗⁱᵒˢ ˢˣᵈ ᴾʳᵈᵗʰᵃ, a defsalledesseal say be Sk 4.2051 two. In SOO= m Leg E Mien waver with Pe clerk. roe our be 'veiled ᵐ este ishad dieloseea to *We Sr sal of* ti, eh. Thee &wkan stonily oat be moles law due XI days Nu you Sc your rawer with **de** dert Fief me num a TnaleeNdp.es.

Thomas A. Wilder, Tarrant County District Clerk, 103 N CALHOUN, FORT WORTH TX 761964402

---

**OFFICER'S** 1 3/4721 h32506221000005*

Received this Citation on the _____ day of _____ at _____ o'clock   M; and executed at within the county of _____ State of _____ at _____ o'clock   M on the _____ day of _____ , _____ by delivering to the within named (Def.); defendant(a), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S **ORIGINAL** PETITION **WITH** ATTACHED REQUESTS FOR DISCLOSCRE TO DEFENDANT, having first **endorsed on game** the date of delivery.

**TRACEY GULLEY, CONSTABLE'**
**DALLAS COUNTY PRECINCT 1** .

Authorized **Person/Constable/Sheriff:** _____
County of _____     State of _____     By _____     Deputy _____

Fees $ _____
State of _____     County of _____     (Must be verified **if** served outside the State of Texas)
Signed and **sworn** to by the said _____     before **re** this _____ day of _____
to certify which **witness my** hand and seal of office
(Seal)

County of _____     State of _____

*CITAHON*

Cause No. 096-325062-21

BRUCE MCCOY

VS.

GENERAL MOTORS LLC, EI' AL

ISSUED

This 6th day of May. 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By       NATALIE THIGPEN Deputy

ARNESIA B DAVIS
Attorney for: BRUCE MCCOY
Phone No. (833)273-8478
ADDRESS: PO BOX 1493

DESOTO, TX 75115

*CIVIL LAW*

*.096325062210000OS*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

## *CONSTABLE'S RETURN*

**Style of Case:**                    BRUCE MCCOY VS. GENERAL MOTORS LLC, ET AL

**Came into hand,** this    26    day of        MAY        ,20  21    , at        10:50

o'clock    A    M.  by executing and delivering a        CITATION        issued out of the

state of    TEXAS        under cause number:    096-325062-21    , on the    26    day

of    MAY    **20**  21    , at    2.47    o'clock    P    M., to:

☐                              personally delivered/served true and correct copies of same.
**OTHER NOTES:**                                                           _____

☐                              pursuant to Rule 106/Rule 536, to an occupant:

_____    over the age of 16 years.

☐                              pursuant to Rule 106/Rule 536, by securely attaching

and/or affixing to the                        of the defendant's last known place of

☐    business  **D**  abode.

                    ED MORSE AUTOMOTIVE LLC            **N** A Corporation  0 A Business

_____

**Name:**    **CT CORPORATION SYSTEM**            0 President 0 Vice-President **N** Registered Agent

        **By delivering to the defendant's registered agent for service, CT CORPORATION SYSTEMS,**
**through their authorized agent to accept service.**    **KIRK ATKINS SOP INTAKE**              .
**at 1999 BRYAN STREET SUITE 900 DALLAS, TEXAS 75201.**

**Service Address:**        1999 BRYAN STREET SUITE 900 DALLAS, TEXAS 75201

☐  **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

_____

_____

**Service Fees: $**    80.00        **S        S'**

                    *A Escamilla #119, DEPUTY CONSTABLE*
                    **TRACEY L. GULLEY, CONSTABLE**
**COUNTY OF DALLAS   §**        **DALLAS COUNTY PRECINCT 1**

**STATE OF TEXAS        §**

*SIGNED AND* **SWORN BY SAID** _____ *, before me, this* _____

**day of** _____ 20 _____ **to certify which, witness my hand and seal of office.**

                    _____
                    *NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS*

FILED
TARRANT COUNTY
5/5/2021 9:41 AM
THOMAS A. WILDER
DISTRICT CLERK

Cause No. _____   096-325062-21

| | |
|---|---|
| BRUCE MCCOY,<br>Plaintiff | IN THE DISTRICT COURT |
| vs. | TARRANT COUNTY,<br>TEXAS |
| GENERAL MOTORS LLC., and<br>ED MORSE AUTOMOTIVE LLC.<br>Defendants | _____ JUDICIAL DISTRICT |

---

### PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRUCE MCCOY, hereinafter called Plaintiff, complaining of and about GENERAL MOTORS and ED MORSE AUTOMOTIVE LLC., hereinafter called Defendants, and for cause of action shows unto the Court the following:

I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery be conducted under Discovery Level 2. Plaintiff intends that discovery be conducted under Discovery Level 2 as dictated by Rule 190.3 Texas Rules of Civil Procedure.

II.
### PARTIES SERVICE

Plaintiff BRUCE MCCOY is an individual residing in Dallas, County.

Original Petition                                                                                    1

001 R-t13

**THE STATE OF TEXAS**
**DISTRICT COURT, TARRANT COUNTY**

*CITATION*                    *Cause No. 096-325062-21*

BRUCE MCCOY
VS.
GENERAL MOTORS LLC., ET AL

**TO: GENERAL MOTORS LLC**

B/S REG AGENT-CT CORPORATION 211 E 7TH ST STE 620 AUSTIN, TX 78701-4234

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION WITH
ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 96th District Court
.100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant Murky, Texas
said PLAINTIFF being

BRUCE MCCOY

Filed in said Court on may 5th, 2021 Against
GENERAL MOTORS LLC, ED MORSE AUTOMOTIVE LLC

For suit, said suit being numbered 096-325062-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT  a copy of which accompacys t
citation.

**ARNESIA B DAVIS**
**Attorney for BRUCE MCCOY Phone No. (833)273-8478**
**Address      PO BOX 1493 DESOTO, TX 75115**

Thomas A. Wilder      . Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort worth, this the 6th day of May, 2021.

                              By          O . 44A4N
                                          NATALIE THf6PEN

A CERTIFIED COPY
ATTEST: OS106/2021
THOMAS A. WILDER
CLERK
TEXAS
HatalieUtgPen

NOTICE: You have teem sued. Yen may employ in attorney. If you or your attorney do not file a written nuwer with the clerk who issued this citation by 10:03 AM. on the Monday Den following die expiration of
twenty days after you were served this citation and retinal. a default Judy      may be taken against you. In addition to Sling a written curer with the clerk. yew may be required to make Cain tEnlosures
to the other parties of this nth. Ttese disclostres generally must be nude no later than 30 days sou you Me your answer with the clerk. Find cut more at TeusLawHelp.org.

**Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402**

4c? FIFI CM' RETURN *09632506221000004*

Received this Citation on th6;"O          day of       ᵗᵖ ¹ ::¹¹   atl...%61   o'clock      M; and executed at
C=911 E-14 I. civAILrIAD . -7%' 1 O i          within the c tank of  1-74\t'i..$      , State of  =M   at,...9l ⁵²     o'cloc
on the CR ⁴ᴺ⁻ day of   VV\.          F=PDI by delivering to the within named (Def.):  6E-te⁻¹     ʳᵉ f. LLC.
defendant(s), a true copy of  Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION WITH
ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT, having first endorsed on same the date of delivery.

**Constable Tonya Nixon**
**Precinct One**
**4717 Heflin Ln. #127**
**Austin, 93( '78721**

Authorized Person/Constable/Sheriff: _____
County of _____   State of _____

Fees $ _____
State of _____   County of _____   (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____   before me this _____ day of _____
to certify which witness my hand and seal of office
(Seal)
          County of _____   , State of _____

*CITATION*

Cause No. 096-325062-21

BRUCE MCCOY

VS.

GENERAL MOTORS LLC., ET AL

**ISSUED**

This 6th day of May, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      NATALIE THIGPEN Deputy

ARNESIA B DAVIS
Attorney for: BRUCE MCCOY
Phone No. (833)273-8478
ADDRESS: PO BOX 1493

DESOTO, TX 75115

*CIVIL LAW*



*096325062210000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

A CERTIFIED COPY
ATTEST: 05/06/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

FILED
TARRANT COUNTY
5/5/2021 9:41 AM
THOMAS A. WILDER
DISTRICT CLERK

Cause No. _096-325062-21_ _____

| | |
|---|---|
| BRUCE MCCOY,<br>Plaintiff | IN THE DISTRICT COURT |
| vs. | TARRANT COUNTY,<br>TEXAS |
| GENERAL MOTORS LLC., and<br>ED MORSE AUTOMOTIVE LLC.<br>Defendants | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRUCE MCCOY, hereinafter called Plaintiff, complaining of and about GENERAL MOTORS and ED MORSE AUTOMOTIVE LLC., hereinafter called Defendants, and for cause of action shows unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery be conducted under Discovery Level 2. Plaintiff intends that discovery be conducted under Discovery Level 2 as dictated by Rule 190.3 Texas Rules of Civil Procedure.

### II.
### PARTIES SERVICE

Plaintiff BRUCE MCCOY is an individual residing in Dallas, County.

Original Petition                                                                                          1

096-325062-21

FILED
TARRANT COUNTY
6/18/2021 9:49 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-325062-21

| | | |
|---|---|---|
| BRUCE MCCOY, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | TARRANT COUNTY |
| GENERAL MOTORS LLC and | § | |
| ED MORSE AUTOMOTIVE LLC, | § | |
| | § | |
| *Defendants.* | § | 96TH JUDICIAL DISTRICT |

### GENERAL MOTORS LLC'S OBJECTIONS, SPECIAL EXCEPTIONS, AND ORIGINAL ANSWER

Defendant General Motors LLC ("GM LLC") files these Objections, Special Exceptions, and Original Answer to Plaintiff's Original Petition with Attached Requests for Disclosure (the "Petition") and would respectfully show the Court as follows:

### I.
### OBJECTIONS AND SPECIAL EXCEPTIONS

1.     GM LLC objects and specially excepts to the Petition because it fails to specify the maximum amount of damages claimed. Pursuant to Texas Rule of Civil Procedure 47, GM LLC hereby requests the Court require Plaintiff to replead, specifying the maximum amount of damages claimed. Per Rule 47, Plaintiff may not conduct discovery until his pleading is amended to comply. *See* TEX. R. CIV. P. 47(d).

### II.
### SUBJECT TO OBJECTIONS AND SPECIAL EXCEPTIONS, GM LLC'S GENERAL DENIAL

2.     With the exception of admitting the terms and existence of applicable recalls, , pursuant to Rule 92 of the Texas Rules of Civil Procedure, GM LLC denies each and every material allegation contained in the Petition, demands strict proof thereof, and to the extent such matters

---

**GENERAL MOTORS LLC'S OBJECTIONS,**
**SPECIAL EXCEPTIONS, AND ORIGINAL ANSWER**                                    **PAGE 1**

are questions of fact, says Plaintiff should prove such facts by a preponderance of the evidence to a jury if he can do so.

**III.**

<u>SUBJECT TO OBJECTIONS AND SPECIAL EXCEPTIONS, GM LLC'S AFFIRMATIVE DEFENSES</u>

3.      Pleading further, alternatively, and by way of affirmative defense, GM LLC would show the Court the accident in question and any alleged resulting injuries or damages were the result of negligent acts and/or omissions of others and/or third parties beyond GM LLC's control—including, but not limited to, Plaintiff—whose acts or omissions were a proximate cause, producing cause, sole proximate cause, or sole producing cause of the accident in question and any alleged resulting injuries or damages. *See* TEX. CIV. PRAC. & REM. CODE § 33.001 *et. seq.*

4.      Pleading further, alternatively, and by way of affirmative defense, GM LLC pleads it is entitled to a presumption against liability, pursuant to Texas Civil Practice and Remedies Code section 82.008(a).

5.      Pleading further, alternatively, and by way of affirmative defense, GM LLC asserts the limitations of damages recoverable as provided by applicable portions of the Texas Business and Commerce Code (including but not limited, §§ 2.316 and 2.719); the Texas Civil Practice and Remedies Code (including but not limited to Chapters 32, 33 and 38); the exclusion of implied warranties as provided by applicable portions of the Texas Business and Commerce Code (including, but not limited to, § 2.316); and any other applicable statute or rule of law, and any other applicable affirmative defenses contained in the Texas Business and Commerce Code and the Texas Civil Practice & Remedies Code.

6.      Pleading further, alternatively, and by way of affirmative defense, the subject vehicle complied with Federal Motor Vehicle Safety Standards and other applicable federal

requirements as they relate to the alleged defects asserted in this case.  Accordingly, GM LLC pleads Plaintiff's claims may be barred in whole or in part by the doctrine of federal preemption.

7.      Pleading further, alternatively, and by way of affirmative defense, GM LLC states in the unlikely event that an adverse judgment would be rendered against it, GM LLC is entitled to all available credits and/or offsets as provided by the Texas Civil Practice & Remedies Code and under Texas law.

8.      Pleading further, alternatively, and by way of affirmative defense, GM LLC contends that any claims for medical or health care expenses are limited to the amount actually paid or incurred by or on behalf of Plaintiff pursuant to Texas Civil Practice and Remedies Code § 41.0105.

9.      Pleading further, alternatively, and by way of affirmative defense, GM LLC states that, pursuant to § 18.091 of the Texas Civil Practice and Remedies Code, to the extent Plaintiff is seeking recovery for loss of earnings, lost wages, loss of earning capacity, loss of inheritance, and/or loss of contributions of a pecuniary value, Plaintiff must present evidence of the alleged loss in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law.

10.      Pleading further, alternatively, and by way of affirmative defense, GM LLC asserts that any claims brought by Plaintiff are barred by the applicable statute of limitations.

11.      Pleading further, alternatively, and by way of affirmative defense, GM LLC states that to the extent Plaintiff failed to maintain or preserve the subject vehicle and/or its component parts in their immediate post-accident condition, such party may be responsible for spoliation and Plaintiff may not maintain an action against GM LLC.

12.     GM LLC hereby gives notice that it intends to rely upon such other defenses or denials as may become available or appear during discovery as it proceeds in this matter, and hereby reserves the right to amend its Answer to assert such defenses.

### III.
### JURY DEMAND

13.     GM LLC respectfully demands a jury for the trial of this matter.

### IV.
### PRAYER

Defendant GM LLC respectfully requests that Plaintiff take nothing by reason of this suit; that GM LLC recover its costs herein expended; and for such other and further relief, both at law and in equity, to which GM LLC may be justly entitled.

Respectfully submitted,

*/s/ Deron L. Wade*

DERON L. WADE
State Bar No. 24008220
E-Mail: dwade@dykema.com
REBEKAH L. HUDGINS
State Bar No. 24101960
E-Mail: rhudgins@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile:  (214) 462-6401

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record according to the Texas Rules of Civil Procedure on this the 18th day of June, 2021.

*/s/ Deron L. Wade*
_____
**DERON L. WADE**

096-325062-21

FILED
TARRANT COUNTY
6/21/2021 1:51 PM
THOMAS A. WILDER
DISTRICT CLERK

**Cause No. 096-325062-21**

| | | |
|---|---|---|
| BRUCE MCCOY, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | 96TH JUDICIAL COURT |
| | § | |
| GENERAL MOTORS LLC, and | § | |
| ED MORSE AUTOMOTIVE LLC, | § | |
| *Defendants.* | § | TARRANT COUNTY, TEXAS |

## DEFENDANT ED MORSE AUTOMOTIVE LLC'S
## ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Ed Morse Automotive, LLC d/b/a Freedom Chevrolet Buick GMC by Ed Morse ("Defendant") and files this its Original Answer, and would respectfully show the Court as follows:

### General Denial

Pursuant to Rule 92, Defendant exercises its right to deny generally, each and every, all and singular the allegations of the Plaintiff's Original Petition and all amendments and supplements thereto and demands strict proof thereof.

### Affirmative Defenses

Defendant seeks indemnity from the manufacturer.

WHEREFORE, Defendant prays that this matter be set for hearing, that upon hearing, the Court enter a take nothing judgment against Plaintiff, tax all costs of court against Plaintiff, and grant such other and further relief, in law or in equity, to which they may show themselves to be justly entitled.

**DEFENDANT ED MORSE AUTOMOTIVE, LLC'S ORIGINAL ANSWER -**          1

Respectfully submitted,

**CLARK, MALOUF & WHITE, L.L.P.**

By:     */s/ Tom C. Clark*
        Tom C. Clark
        State Bar No. 04298750
        Direct: (214) 559-4411
        E-mail: tom@cmwattorneys.com

        12222 Merit Drive, Ste. 340
        Dallas, Texas 75251
        (214) 559-4400
        (214) 559-4466 - fax

**ATTORNEYS FOR DEFENDANT
Ed Morse Automotive, LLC d/b/a Freedom
Chevrolet Buick GMC by Ed Morse**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of June 2021, a true and correct copy of the above foregoing document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure via e-mail through the EFM.

*/s/ Tom C. Clark*
Tom C. Clark

096-325062-21

FILED
TARRANT COUNTY
7/20/2021 9:15 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-325062-21

| | | |
|---|---|---|
| BRUCE MCCOY, | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| vs. | § | TARRANT COUNTY, |
| | § | TEXAS |
| | § | |
| GENERAL MOTORS LLC, and | § | 96TH JUDICIAL DISTRICT |
| FREEDOM CHEVROLET | | |
| BUICK GMC BY ED MORSE., | | |
| Defendants | | |

---

## PLAINTIFF'S FIRST AMENDED PETITION WITH ATTACHED REQUESTS FOR DISCLOSURE TO DEFENDANT

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRUCE MCCOY, hereinafter called Plaintiff, complaining of and about GENERAL MOTORS and BUICK GMC BY ED MORSE., hereinafter called Defendants, and for cause of action shows unto the Court the following:

## I.

## DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery be conducted under Discovery Level 2. Plaintiff intends that discovery be conducted under Discovery Level 2 as dictated by Rule 190.3 Texas Rules of Civil Procedure.

## II.

## PARTIES SERVICE

Plaintiff BRUCE MCCOY is an individual residing in Dallas, County.

Defendants are GENERAL MOTORS LLC., may be served through their registered agent of service CT Corporation at 211 E. 7th Street, Suit 620 Austin, Texas 78701-4234 USA. ED MORSE AUTOMOTIVE LLC., may be served through their registered agent of service CT Corporation at 1999 Bryan St. STE 900 Dallas, Texas 75201-3140 USA.

## III.

## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court. Venue in Tarrant County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all the events giving rise to this claim occurred in Tarrant County.

## IV.

## FACTS

At approximately 3:47 a.m. on May 5, 2019, BRUCE MCCOY was driving Southbound in the 7500 Block of S HWY 360 in the #2 lane when the vehicle's ECM and the Transmissions Accumulator Bolts Malfunctioned, causing him to suddenly lose control of his vehicle and collide with the guard rail on the East side of the roadway. The impact was so severe that it caused Mr. McCoy to blackout from the sever collision into the guardrail.

### V.

### PROPERTY DAMAGE

The property damage to the vehicle the Plaintiff was driving was so extensive that it had to be towed from the scene.

### VI.

### LIABILITY OF GENERAL MOTORS, LLC. AND FREEDOM CHEVORLET BUICK GMC BY ED MORSE

GENERAL MOTORS LLC., and ED MORSE AUTOMOTIVE LLC., are liable to the Plaintiff due to the fact that they placed a defective vehicle in the chain of commerce. GENERAL MOTORS LLC., and ED MORSE AUTOMOTIVE LLC., caused this catastrophic incident due to the following acts:

    a.   Intentionally placing a defective vehicle into the chain of commerce;

    b.   Failing to properly notify the plaintiff of defective vehicle;

    c.   Failing to timely issue a recall when, they had knowledge of such defect.

### VII.

## DAMAGES

As a result, Plaintiff has suffered injury including the following:

    a.   Lost Wages, including lost benefits;

    b.   Physical Pain in the past;

    c.   Physical Pain in the future;

    d.   Mental Anguish in the past;

    e.   Mental Anguish in the future;

    f.   Physical Impairment in the past and future;

    g.   Disfigurement;

    h.   Medical Expense in the Past;

    i.   Medical Expense in the Future;

    j.   Prejudgment Interest;

    k.   Post judgment Interest;

    l.   Costs of Court.

## VIII.

## JURY DEMAND

Plaintiff herein demands a trial by jury.

## IX

## FIRST CLAIM FOR RELIEF

## Breach of Express Warranties

a.  Plaintiff, individually, hereby incorporates each and every allegation as though fully set forth herein.

b.  General Motors breached its express warranties by offering for sale and selling defective vehicles that were by design and construction defective and unsafe, thereby subjecting the occupant of the vehicle to damages and risks of loss and injury.

c.  General Motors is under a continuing duty to inform its customers of the nature and existence of potential defects in the vehicles sold.

d.  For each vehicle sold by General Motors, an expressed written warranty was issued that covered the vehicle, which warranted the vehicle to be free of defects in materials and workmanship at the time of delivery.

e.  General Motors breached of its express warranties proximately caused the Plaintiff to suffer damages in excess of $1,000,000.00.

## X
## SECOND CLAIM FOR RELIEF
### Breach of Implied Warranties

a.  Plaintiff, individually, hereby incorporates each and every allegation as though fully set forth herein.

b.  General Motors impliedly warranted that the vehicles, which it designed, manufactured, sold, or leased to Plaintiff, were merchantable, fit and safe for their

ordinary use, not otherwise injurious to consumers, and would come with adequate safety warnings.

c. Because the vehicle was equipped with defective electronic throttle control and/or accelerator pedal position sensors, the vehicle used by Plaintiff was unsafe, unfit for use when sold, threatened injury to its occupants, and was not merchantable. General Motors breached the implied warranty of merchantability to the Plaintiff, in that vehicles were not fit for their ordinary purpose and not merchantable.

d. As a direct and proximate result of General Motor breach of implied warranty of merchantability and fitness for a particular purpose, Plaintiff suffered damages in excess of $1,000,000.00.

e. General Motors is under a continuing duty to inform its customers of the nature and existence of potential defects in the vehicles sold.

## XI

## THIRD CLAIM FOR RELIEF

### Equitable Injunctive and Declaratory Relief

a. The Deceptive Trade Practices Act prohibits the use of any "unfair or deceptive trade practice" in the sale or lease of any consumer goods or services.

b. General Motors violated the Deceptive Trade Practices Act by, inter alia, engaging in the following unfair deceptive acts or practices:

    1.      Failing to disclose material facts that deceived and had the tendency to deceive; and

2.       Engaging in deception, misrepresentation, or knowing concealment, suppression, or omission of any material fact with the intent that a consumer rely on the same in connection with: (I) the promotion or sale of consumer goods or services; or (II) the subsequent performance of a merchant with respect to an agreement of sale or lease.

## XII
## FOURTH CLAIM FOR RELIEF
### Deceptive Trade Practices Act (DTPA)

a.   General Motors violated the DTPA by concealing, suppressing or omitting material facts regarding the Vehicle, including, but not limited to, the fact that the Vehicle's electronic throttle control and/or accelerator pedal position sensor are defective, that as a result of such defect, the Vehicle's defective electronic throttle control and/or accelerator pedal position sensor fail prematurely, and that the const of replacing or repairing the defective electronic throttle control and/or accelerator pedal position is high.  This concealed or omitted information is the type of information upon which a consumer would be expected to rely on in making a decision whether to purchase, or how much to pay for, the Vehicles.

b.   General Motors concealed, suppressed or omitted these material facts in conducing trade and commerce with the intent that Plaintiff would rely on the omissions in the purchase of the Vehicle.

c.  General Motors intended that Plaintiff would rely on its concealment and omission of material facts, which occurred in the course of conduct involving trade and commerce.

d.  Defendants' practices, acts, policies and course of conduct violated the DTPA's prohibition on unfair and deceptive conduct in that:

1.  At the time of sale, Defendant knowingly and intentionally omitted and concealed material information regarding the Vehicle by failing to disclose to Plaintiff the defective electronic throttle control and/or accelerator pedal position sensors and the associated Engine Power Reduced defect.

2.  Thereafter, Defendant failed to disclose the defect to Plaintiff, through warnings, recall notices, and/or actively concealed from them that the Vehicle's electronic throttle control and/or accelerator pedal position sensors were defective, even though the company knew of such defects: (1) at the time of manufacture, when it was created the electronic throttle control and/or accelerator pedal position sensors in a manner unable to provide for consistently stable driving; (2) from complaints to the National Highway Traffic Safety Administration and to web forums actively monitored by General Motors; (3) when, on information and belief, General Motors internal analyses determined the ubiquity of the problem upon learning that the accelerator pedal position sensors were on backorder.

3.      Based on these and, upon information and belief, other internal studies and investigations, Defendant knew with certainty that the electronic throttle control and/or accelerator pedal position sensors on the Vehicle would be compromised and that the vehicle would have the Engine power Reduced defect.

4.      Furthermore, Defendant engaged in materially misleading and deceptive acts by continuing to sell the Vehicles to the consuming public and to represent that these vehicles were in good working order, merchantable, and not defective, despite Defendant's knowledge that the vehicles would not perform as intended, repressed, and warranted and that the above-described defects would cause purchasers to incur significant out-of-pocket costs and expenses.

5.      Defendants' acts and omissions are unfair in that they (1) offend public policy; (2) are immoral, unethical, oppressive, or unscrupulous; and (3) cause substantial injury to consumers. Defendant has, through knowing, intentional, material omissions, concealed the true defective nature of the Vehicle.

6.      Defendants' acts and omissions are also unfair in that they caused substantial injury to consumers far in excess of conceivable benefit; and are injuries or nature that they could not have been reasonably avoided by consumers.

7.     Plaintiff seeks restitution of the substantial sums of money expended to diagnose and repair, which Defendant knew about prior to their sale.

## XII
## FIFTH CLAIM FOR RELIEF
### Unjust Enrichment

a.  Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint to the extent not inconsistent with the claims asserted in this Count.

b.  By its wrongful acts and omissions described herein, including selling a Vehicle with defective electronic throttle control and/or accelerator pedal position sensors, General Motors was unjustly enriched at the expense of Plaintiffs.

c.  Plaintiff conferred a benefit upon General Motors by purchasing the Vehicles at the full price for fully functional vehicles equipped with appropriate and working electronic throttle control and/or accelerator pedal positions sensors.

d.  General Motors knew that Plaintiff would purchase the Vehicle and still accepted the sum contemplated for fully functional vehicles equipped with appropriate and working electronic throttle control and/or accelerator pedal position sensors.

e.  Under the circumstances it would be inequitable for General Motors nor Ed Morse to retain the profits benefits, and other compensation obtained through its wrongful conduct in manufacturing, marketing and selling the Vehicles with defective electronic throttle control and/or accelerator pedal position sensors to

Plaintiff.  Natural justice and equity require that Plaintiff recover under the circumstances.

f.   Plaintiff, seeks restitution from General Motors and Ed Morse, and an order of this Court proportionally disgorging all profits, benefits, and other compensation wrongly obtained by General Motors for its conduct.

## XIII
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final hearing hereof, Plaintiff have:

1.  Judgment against Defendants for the actual and special damages suffered by Plaintiff as a result of Defendants' conduct, in an amount in excess of the minimum jurisdictional limits of the Court;
2.  For an order awarding actual, statutory, punitive, and/or any other form of damages.
3.  Prejudgment and Post Judgment interest as provided by law;
4.  Such other further relief to which Plaintiff may show himself justly entitled.
5.  For an order awarding Plaintiff reasonable attorney fees and costs of suit, including expert witness fees; and
6.  For an order awarding such other and further relief as this Court may deem just and proper

## REQUEST FOR DISCLOSURE

TO DEFENDANTS: GENERAL MOTORS LLC., and FREEDOM CHEVROLET BUICK

GMC BY ED MORSE: Pursuant to Rule 194, you are requested to disclose, within 50 days of

service of this request, the information or materials described in Rule 194.2.

SIGNED on July 20, 2021

Respectfully submitted,

/s/ Arnesia B. Davis

 Arnesia B. Davis

State Bar No. 24096363

a.davis@areuhrt.com

ARNESIA B. DAVIS, PLLC.

P.O. Box 1493

DeSoto, Texas 75115

Telephone (833) 273-8478

Facsimile (833) 273-8478

ATTORNEY FOR PLAINTIFF

096-325062-21

FILED
TARRANT COUNTY
7/21/2021 4:50 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-325062-21

| | | |
|---|---|---|
| BRUCE MCCOY, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | TARRANT COUNTY |
| GENERAL MOTORS LLC and | § | |
| ED MORSE AUTOMOTIVE LLC, | § | |
| | § | |
| *Defendants.* | § | 96TH JUDICIAL DISTRICT |

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant Ed Morse Automotive LLC d/b/a Freedom Chevrolet Buick GMC by Ed Morse ("Ed Morse Automotive") and its undersigned counsel file this Motion for Withdrawal and Substitution of Counsel (the "Motion") and in support thereof would respectfully show the Court as follows:

      1.    Defendant Ed Morse Automotive is presently represented by Tom C. Clark and the law firm Clark, Malouf & White, L.L.P. in Dallas, Texas.

      2.    Defendant Ed Morse Automotive requests that Tom C. Clark and the law firm Clark, Malouf & White, L.L.P. be allowed to withdraw herein as attorneys of record for Ed Morse Automotive and that Deron L. Wade, State Bar No. 24008220, and Rebekah L. Hudgins, State Bar No. 24101960, and the law firm of Dykema Gossett PLLC,  1717 Main Street, Suite 4200, Dallas, Texas 75201, (214) 462-6400 (telephone), (214) 462-6401 (facsimile) be substituted in as counsel of record.

      3.    This Motion is made with the approval of Ed Morse Automotive and is not sought for delay, but so that justice may be done.

WHEREFORE, Defendant Ed Morse Automotive requests this Motion for Withdrawal and Substitution of Counsel be granted and that Tom C. Clark and the law firm Clark, Malouf & White,

L.L.P. be allowed to withdraw and that Deron L. Wade, Rebekah L. Hudgins, and the law firm

Dykema Gossett PLLC be substituted in as counsel of record.

Respectfully submitted,

*/s/ Tom C. Clark*                          .
**TOM C. CLARK**
State Bar No. 04298750
Direct: (214) 559-4411
E-mail: tom@cmwattorneys.com
**CLARK, MALOUF & WHITE, L.L.P.**
12222 Merit Drive, Ste. 340
Dallas, Texas 75251
(214) 559-4400
(214) 559-4466 - fax

**ATTORNEYS FOR DEFENDANT
ED MORSE AUTOMOTIVE, LLC
D/B/A FREEDOM CHEVROLET
BUICK GMC BY ED MORSE**

**APPROVED:**


*/s/ Deron L. Wade*                      .
**DERON L. WADE**
State Bar No. 24008220
E-Mail: dwade@dykema.com
**REBEKAH L. HUDGINS**
State Bar No. 24101960
E-Mail: rhudgins@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ATTORNEYS FOR GENERAL
MOTORS LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record according to the Texas Rules of Civil Procedure on this the 21st day of July, 2021.


*/s/ Tom C. Clark (by permission)*
**TOM C. CLARK**

096-325062-21

## CAUSE NO. 096-325062-21

| | | |
|---|---|---|
| **BRUCE MCCOY,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **TARRANT COUNTY** |
| **GENERAL MOTORS LLC and** | § | |
| **ED MORSE AUTOMOTIVE LLC,** | § | |
| | § | |
| *Defendants.* | § | **96TH JUDICIAL DISTRICT** |

### ORDER GRANTING MOTION FOR
### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Before the Court is the Motion for Withdrawal and Substitution of Counsel (the "Motion"). Having considered the Motion, the Court finds that the Motion should be and is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Tom Clark and the law firm of Clark, Malouf & White, L.L.P. are withdrawn and Deron L. Wade and Rebekah L. Hudgins and the law firm of Dykema Gossett PLLC are substituted in their place as counsel for Defendant Ed Morse Automotive LLC d/b/a Freedom Chevrolet Buick GMC by Ed Morse.

SIGNED this _____ day of _____, 2021.


_____
**JUDGE PRESIDING**

**APPROVED:**

*/s/ Tom C. Clark* .
**TOM C. CLARK**
State Bar No. 04298750
Direct: (214) 559-4411
E-mail: tom@cmwattorneys.com
**CLARK, MALOUF & WHITE, L.L.P.**
12222 Merit Drive, Ste. 340
Dallas, Texas 75251
(214) 559-4400
(214) 559-4466 - fax

**ATTORNEYS FOR DEFENDANT
ED MORSE AUTOMOTIVE, LLC D/B/A FREEDOM
CHEVROLET BUICK GMC BY ED MORSE**

AND

*/s/ Deron L. Wade* .
**DERON L. WADE**
State Bar No. 24008220
E-Mail: dwade@dykema.com
**REBEKAH L. HUDGINS**
State Bar No. 24101960
E-Mail: rhudgins@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

096-325062-21

**CAUSE NO. 096-325062-21**

| | |
|---|---|
| **BRUCE MCCOY,** | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | |
| *v.* | |
| | **TARRANT COUNTY** |
| **GENERAL MOTORS LLC and** | |
| **ED MORSE AUTOMOTIVE LLC,** | |
| *Defendants.* | **96TH JUDICIAL DISTRICT** |

**ORDER GRANTING MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Before the Court is the Motion for Withdrawal and Substitution of Counsel (the "Motion").

Having considered the Motion, the Court finds that the Motion should be and is hereby

**GRANTED.**

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Tom Clark and

the law firm of Clark, Malouf & White, L.L.P. are withdrawn and Deron L. Wade and Rebekah

L. Hudgins and the law firm of Dykema Gossett PLLC are substituted in their place as counsel for

Defendant Ed Morse Automotive LLC d/b/. Freedom Chevrolet Buick GMC by Ed Morse.

SIGNED this ___ iday of ___July___, 2021.

_____
**JUDGE PRESIDING   Si      by Assignment**

**APPROVED:**

*/s/ Tom C. Clark*                .
**TOM C. CLARK**
State Bar No. 04298750
Direct: (214) 559-4411
E-mail: tom@cmwattorneys.com
**CLARK, MALOUF & WHITE, L.L.P.**
12222 Merit Drive, Ste. 340
Dallas, Texas 75251
(214) 559-4400
(214) 559-4466 - fax

**ATTORNEYS FOR DEFENDANT**
**ED MORSE AUTOMOTIVE, LLC D/B/A FREEDOM**
**CHEVROLET BUICK GMC BY ED MORSE**

AND

*/s/Deron L. Wade*            .
**DERON L. WADE**
State Bar No. 24008220
E-Mail: dwade@dykema.com
**REBEKAH L. HUDGINS**
State Bar No. 24101960
E-Mail: rhudgins@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ORDER GRANTING MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**                    **PAGE 2**

**From:** Tanya L. Weiss
**To:** A.DAVIS@AREUHRT.COM; DWADE@DYKEMA.COM; TOM@CMWATTORNEYS.COM; RHUDGINS@DYKEMA.COM
**Subject:** 096-325062-21-***
**Date:** Thursday, July 22, 2021 4:20:00 PM
**Attachments:** 09632506221000017.pdf
image001.png

Please see the enclosed Order signed by the Judge. Thanks & have a great day on purpose.

*Tanya Weiss*
*96ᵗʰ   Administrative Court Clerk*
*Tarrant County District Clerks Office*
*Tom Vandergriff Civil Courts Building*
*100 N. Calhoun, 2ⁿᵈ   Floor*
*Fort Worth, Tx 76196*
*817-884-1570*
*tlweiss@tarrantcounty.com*

# County District Clerk Online

**Tarrant**

**7 Thomas A. Wilder, District Clerk**

Civil Case and Transaction Information          08/11/2021 2:07 PM

**Court :**   096    ⌄   **Case :**   325062    | Search |   | New Search ⌟ |    Show Service Documents ONLY

**Cause Number : 096-325062-21**          **Date Filed : 05-05-2021**

BRUCE MCCOY **|VS|** GENERAL MOTORS LLC., ET AL

**Cause of Action :** INJURY OR DAMAGE, OTHER PRODUCT LIABILITY

**Case Status :** PENDING

| File Mark | Description | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|
| 05-05-2021 | PLTFS ORIG PET W/ATTACHED REQS FOR DISCL TO DEFN | $289.00<br>N | |
| 05-05-2021 | PAYMENT RECEIVED trans #1 | Y | $289.00 |
| 05-05-2021 | LTR RE CITS (EMAIL-FS) | | $0.00 |
| 05-05-2021 | CIT-ISSUED ON GENERAL MOTORS LLC-On 05/06/2021 | $8.00<br>N   Svc | |
| 05-05-2021 | CIT-ISSUED ON ED MORSE AUTOMOTIVE LLC-On 05/06/2021 | $8.00<br>N   Svc | |
| 05-05-2021 | PAYMENT RECEIVED trans #5 | Y | $8.00 |
| 05-05-2021 | PAYMENT RECEIVED trans #4 | Y | $8.00 |
| 06-02-2021 | CIT TR# 5 RET EXEC(ED MORSE AUTOMOTIVE LLC) ON 0 6/02/2021 | | $0.00 |
| 06-09-2021 | CIT Tr# 4 RET EXEC(GENERAL MOTORS LLC) On 05/28/2021 | | $0.00 |
| 06-18-2021 | GENERAL MOTORS LLC OBJ SPEC/EXC & ORIG ANS | | $0.00 |

| 06-18-2021 | JURY FEE | | $40.00 |
| | | N | |
| 06-18-2021 | PAYMENT RECEIVED trans #11 | | $40.00 |
| | | Y | |
| 06-21-2021 | DEFN ED MORSE AUTOMOTIVE LLC'S ORIG ANS | | $0.00 |
| 07-20-2021 | PLTF'S 1ST AMD PET W/ATTACHED REQ FOR DISC TO DEFN(NO +) | | $0.00 |
| 07-21-2021 | MTN FOR W/D & SUB OF COUNSEL | | $0.00 |
| 07-21-2021 | (PROP) ORD GRANT MTN FOR W/D & SUB OF COUNSEL | | $0.00 |
| 07-22-2021 | ***ORD GRANT W/D & SUB OF COUNSEL | | $0.00 |
| | | M | |